In the Matter of the Claim of THOMAS CAPPELLANO, Appellant, v. HARRY M. STEVENS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.